**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  CASE NO. 8:21-bk-04266-RCT

MELODY BINGHAM,  Chapter 13

      Debtor.
_____/

**MOTION TO ABATE PLAN PAYMENTS TO TRUSTEE FOR THE**
**MONTHS OF DECEMBER 2023 THROUGH AND INCLUDING FEBRUARY 2024**

      The Debtor, MELODY BINGHAM (hereinafter "the Debtor"), by and through her undersigned attorney, files this Motion to Abate Plan Payments to Trustee for the Months of December 2023 Through and Including February 2024, and states as follows:

      1.      The Debtor filed this case under Chapter 13 of the Bankruptcy Code on August 17, 2021, and the Court confirmed the Debtor's Chapter 13 Plan on December 6, 2022.

      2.      The Debtor is seeking to secure new employment in Washington D.C., earning a higher income, and is moving to the D.C. Metropolitan area.

      3.      Before moving, the Debtor must obtain an order from the state Family Law Court to move out of the state of Florida as there are complicated child custody issues between her and her ex-husband.

      4.      The Debtor needs to abate three (3) months of payments to afford her move to the D.C. Metropolitan area and to afford the attorney fees required of her Family Law attorney to pursue the issues in the Family Law Court against her uncooperative ex-husband.

5. The Debtor will recommence her Plan payments in March 2024 at an increased amount to maintain a 100% dividend to the allowed general unsecured claims as provided for under the Court's Order Confirming Plan.

**WHEREFORE**, the Debtor respectfully requests the Court enter an Order granting this Motion, providing for the Debtor's Chapter 13 Plan payments to be abated for the Months of December 2023 through and including February 2024, with the Plan payments recommencing in March 2024 at an amount necessary to maintain a 100% dividend to the allowed general unsecured claims, as confirmed initially, and granting such other and further relief as is just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Abate Plan Payments to Trustee for the Months of December 2023 through and including February 2024 was furnished, electronically by CM/ECF and/or by U.S. Mail to **MELODY BINGHAM**, 5705 Post Oak Boulevard, Apt. 102, Wesley Chapel, FL 33544; **KELLY REMICK**, Standing Chapter 13 Trustee, P.O. Box 89948, Tampa, FL 33689; and to **ALL CREDITORS AND PARTIES IN INTEREST** on the attached mailing matrix on this 10th day of January, 2024.

/s/ M. Eric Barksdale
M. ERIC BARKSDALE, ESQUIRE
Law Office of M. Eric Barksdale, P.A.
Post Office Box 2090
Land O Lakes, FL 34639
Phone (813) 308-9045
Facsimile (813) 315-6914
Florida Bar No. 0845353
Attorney for Debtor

```
Label Matrix for local noticing        Melody Bingham                      Roberta A. Colton
113A-8                                  5705 Post Oak Boulevard             Tampa
Case 8:21-bk-04266-RCT                  Apt. 102                            , FL
Middle District of Florida              Wesley Chapel, FL 33544-1855
Tampa
Wed Jan 10 16:08:34 EST 2024

American Express                        American Express                    American Express
Correspondence/Bankruptcy               P.O. Box 981537                     c/o Modlin Slinsky P.A.
PO Box 981540                           El Paso, TX 79998-1537              1551 Sawgrass Corp. Pkwy
El Paso, TX 79998-1540                                                      Suite 110
                                                                            Fort Lauderdale, FL 33323-2832

American Express National Bank          American Express National Bank      Department of Revenue
c/o Becket and Lee LLP                  c/o Zwicker & Associates, P.C.      PO Box 6668
PO Box 3001                             80 Minuteman Road                   Tallahassee, FL 32314-6668
Malvern  PA 19355-0701                  P.O. Box 9043
                                        Andover, MA 01810-0943

Discover Bank                           Discover Financial                  (p)DISCOVER FINANCIAL SERVICES LLC
Discover Products Inc                   Attn: Bankruptcy                    PO BOX 3025
PO Box 3025                             PO Box 3025                         NEW ALBANY OH 43054-3025
New Albany, OH  43054-3025              New Albany, OH 43054-3025

Discover Personal Loans                 Discover Personal Loans             ECMC
Attn: Bankruptcy                        PO Box 30954                        Attn: Bankruptcy
PO Box 30954                            Salt Lake City, UT 84130-0954       111 Washington Ave South
Salt Lake City, UT 84130-0954                                               Suite 1400
                                                                            Minneapolis, MN 55401-6800

ECMC                                    EdFinancial Services                EdFinancial Services
PO Box 5609                             120 N Seven Oaks Drive              Attn: Bankruptcy
Greenville, TX 75403-5609               Knoxville, TN 37922-2359            PO Box 36008
                                                                            Knoxville, TN 37930-6008

Florida Dept of Revenue                 Internal Revenue Service            Navy FCU
Child Support Enforcement               P.O. Box 7346                       820 Follin Lane
P.O. Box 6668                           Philadelphia, PA 19101-7346         Vienna, VA 22180-4907
Tallahassee, FL 32314-6668

Navy FCU                                Navy Federal Credit Union           Navy Federal Credit Union
Attn: Bankruptcy                        1 Security Place                    Attn:  Bankruptcy
PO Box 3000                             Merrifield, VA 22116                PO Box 3000
Merrifield, VA 22119-3000                                                   Merrifield, VA 22119-3000

Navy Federal Credit Union               Suntrust Bank                       Suntrust Bank
P.O. BOX 3000                           Mailcode VA-RVW-6290                PO Box 85526
MERRIFIELD, VA 22119-3000               PO Box 8509                         Richmond, VA 23285-5526
                                        Richmond, VA 23286-0001

Wells Fargo Bank NA                     Wells Fargo Bank NA                 Wells Fargo Bank, N.A.
Attn: Wells Fargo Bankruptcy            PO Box 14517                        PO Box 10438, MAC F8235-02F
435 Ford Road, Suite 300                Des Moines, IA 50306-3517           Des Moines, IA 50306-0438
Saint Lewis Park, MN 55426-4938
```

```
M Eric Barksdale +                  United States Trustee - TPA7/13 7+    Lydia M Gazda +
Law Office of M. Eric Barksdale, P.A.   Timberlake Annex, Suite 1200          Office of Kelly Remick
Post Office Box 2090                501 E Polk Street                     PO Box 89948
Land O Lakes, FL 34639-2090         Tampa, FL 33602-3949                  Tampa, FL 33689-0416


Kelly Remick +                      Note: Entries with a '+' at the end of the
Chapter 13 Standing Trustee         name have an email address on file in CMECF
Post Office Box 89948
Tampa, FL 33689-0416
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial
PO Box 15316
Wilmington, DE 19850
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Navy Federal Credit Union        End of Label Matrix
P.O. Box 3000                       Mailable recipients   34
Merrifield, VA 22119-3000           Bypassed recipients    1
                                    Total                 35
```